FRED SEASONWEIN, Respondent, v. HILLS, McLEAN & HASKINS, INCORPORATED, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MOLLY ABEND, Respondent, v. GERSON ABEND and ZELDA ABEND ALBERT, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present —Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between GLOBE MAIL SERVICE, INC., Respondent, and GLOBE ORGANIZATION, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

FRIEDRICH ADLER, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

NATHAN ROSEN, Respondent, v. JAMES C. PETRILLO, President of the American Federation of Musicians of the United States and Canada, and Another, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Supplementary Proceedings: HOWARD A. KINNE, Judgment Creditor, Respondent, v. JOSEPH D'ALESSIO, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DAYTON IRON WORKS, INC., Respondent, v. McLAIN CONSTRUCTION CORP., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant motion to open default.

GERTRUDE ROSE HESS, Now Known as GERTRUDE STRATEMEYER, Respondent, v. ERWIN BRENNER and JOHN W. ORELUP, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of EUDORA LEIGHTON CRUMP, Deceased. STATE TAX COMMISSION. WALTER GRAY CRUMP, JR., as Executor, etc., of EUDORA LEIGHTON CRUMP, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CORTLAND PROPERTIES, INC., v. TWENTY-FIVE FIFTH AVENUE CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 944.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration between THE BURLINGTON CORPORATION and THE RABHOR COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WAITT OPERATING CO., INC., v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.